# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN B. DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY G. O'CONNOR,<br><br>　　　　Defendant. | CASE NO. 18cv2824-LAB (LL)<br><br>**ORDER GRANTING MOTION TO LIFT STAY [Dkt. 29]** |

In light of Defendant Timothy O'Connor's notice of non-opposition, (Dkt. 32), Plaintiff Gavin Davis' motion to lift the stay is **GRANTED**. Dkt. 29.

The parties are **ORDERED** to meet and confer no later than **March 15, 2019** regarding whether any of Davis' claims are mooted by the state court dismissal. *See, e.g., Forte v. County*, 2016 WL 4247950, at *5 (E.D. Cal. 2016) ("Plaintiff has not suffered a criminal conviction. The criminal case was dismissed and therefore any violation of *Brady* for failure to provide exculpatory material is moot.") (citing *Puccetti v. Spencer*, 476 Fed. Appx. 658 (9th Cir. 2011)). To the extent any or all of his claims are moot, Davis shall file an amended complaint no later than **March 22, 2019**. In any event, O'Connor shall respond to Davis' operative complaint no later than **April 5, 2019**.

**IT IS SO ORDERED**.

Dated: March 8, 2019

　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　Chief United States District Judge

- 1 -